

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00359-CR

Ernesto Javier **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2016-CRP-000926-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 8, 2018.

_____
Rebeca C. Martinez, Justice